IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLDCASTLE PRECAST, INC. )<br>d/b/a ROTONDO PRECAST )<br>5115 Massaponax Church Road )<br>Fredericksburg, VA 22407 )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SLATTERY SKANSKA, INC. )<br>16-16 Whitestone Expressway )<br>Whitestone, New York 11357 )<br>)<br>THE LANE CONSTRUCTION )<br>CORPORATION )<br>965 East Main Street )<br>Meriden, Connecticut 06450 )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH )<br>80 Pine Street, 10th Floor )<br>New York, New York 10005 )<br>)<br>FEDERAL INSURANCE COMPANY )<br>15 Mountain View Road )<br>P.O. Box 1615 )<br>Warren, New Jersey 07061-1615 )<br>)<br>TRAVELERS CASUALTY & )<br>SURETY COMPANY OF AMERICA )<br>One Tower Square, 4PB )<br>Hartford, Connecticut 06183 )<br>)<br>UNITED STATES FIDELITY )<br>AND GUARANTY COMPANY )<br>One Tower Square, 4PB )<br>Hartford, Connecticut 06183 )<br>)<br>SEABOARD SURETY COMPANY )<br>One Tower Square, 4PB )<br>Hartford, Connecticut 06183 )<br>)<br>    Defendants. )<br>) | Case No. _____ |

ORIGINAL

## DEFENDANTS JOINT NOTICE AND GROUNDS OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441

Pursuant to 28 U.S.C. §§ 1441, Defendants, jointly, by and through their undersigned counsel, hereby file their Notice and Grounds of Removal. Pursuant to the procedures set forth in 28 U.S.C. § 1446, Defendants disclose herein to the Court their grounds for removal:

1. Plaintiff Oldcastle brought a state court action in the Superior Court for the District of Columbia against the above named defendants. In its Complaint, ¶ 1, Plaintiff states that it is a citizen of the State of Washington.

2. Defendants Slattery Skanska, Inc. and Lane Construction Corporpation were served with a copy of Plaintiff's summons and complaint on July 7, 2004. Defendant Slattery Skanska and Lane filed this Notice of Removal on August 5, 2005, within thirty days of the date on which it was served with the summons and complaint. See Tab 1.[1]

3. Defendants, National Union Fire Insurance Company of Pittsburgh, Federal Insurance Company, Travelers Casualty and Surety Company of America, U.S. Fidelity and Guaranty Company, and Seaboard Surety Company waived service of process by answering on July 29, 2005. See Tab 2.[2]

4. Defendant Slattery is a corporation incorporated under the laws of State of New York and its state of citizenship is New York as well.

5. Defendant Lane is a corporation incorporated under the laws of the State of Connecticut and its state of citizenship is Connecticut as well.

---

[1] To ease the paperwork burden on the Court, Defendants attach the initial order, summons, and one copy of the Complaint, rather than submitting duplicate copies of the Complaint.
[2] To ease the paperwork burden on the Court, Defendants attach the initial order, summons, and first two pages of the Complaint rather than several duplicate copies of the Complaint.

6.     Defendant National Union Fire Insurance Company of Pittsburgh is incorporated under the laws of the Commonwealth of Pennsylvania and its state of citizenship is the State of New Jersey.

7.     Defendant Federal Insurance Company is incorporated under the laws of the State of Indiana and its state of citizenship is New Jersey.

8.     Defendant Travelers Casualty & Surety Company of America is incorporated under the laws of Connecticut and its state of citizenship is New York.

9.     Defendant United States Fidelity and Guaranty Company is incorporated under the laws of Maryland and its state of citizenship is New York.

10.    Defendant Seaboard Surety Company is incorporated under the laws of New York and its state of citizenship is New York.

11.    Plaintiff's action is a civil suit over which this Court had original jurisdiction at the time of filing the state court action and the date of filing this Notice of Removal based on diversity of citizenship. 28 U.S.C. § 1332.

12.    Plaintiff demands judgment against the above named defendants for $97,784.00 (Ninety-Seven Thousand, Seven Hundred and Eighty-Four Dollars), which exceeds the statutory amount in controversy requirement of $75,000.

13.    Attached at Tab 3 of this Notice are the Rule 7.1 Disclosure Statements for all named defendants.

WHEREFORE, having filed their Notice and Grounds of Removal within thirty days of being served with a copy of the complaint and summons, Defendants, acting jointly, may remove this action to this Court pursuant to the provisions of 28 U.S.C. § 1441 as a civil action between citizens of different states with an amount in controversy

exceeding $75,000, exclusive of interests and costs. Defendants pray that the Court grant this relief.

                                      Respectfully submitted,

*Defendants Slattery Skanska, Inc., Lane Construction Corporation, National Union Fire Insurance Company of Pittsburgh, Federal Insurance Company, Travelers Casualty and Surety Company of America, United States Fidelity and Guaranty Company, Seaboard Surety Company*

_____
Val S. McWhorter (D.C. Bar No. 91231)
W. Stephen Dale
Edmund M. Amorosi (D.C. Bar No. 482765)
SMITH PACHTER MCWHORTER & ALLEN, P.L.C.
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182-2700
Telephone: 703-847-6300
Facsimile: 703-847-6312
E-Mail To Be Noticed: eamorosi@smithpachter.com

*Attorneys for Defendants*

Dated: This 5th day of August, 2005.

4

## CERTIFICATE OF SERVICE

This is to certify that on Friday, August 5, 2005, the foregoing **Defendants' Joint Notice and Grounds of Removal Pursuant to 28 U.S.C. §§ 1441** was served by depositing a copy thereof in the U.S. mails, first class postage prepaid, to the following:

James D. Fullerton
Fullerton & Knowles
12644 Chapel Road, Suite 206
Clifton, Virginia 20124

_____
Edmund M. Amorosi