IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, f/u/b/o OLDCASTLE PRECAST, INC. d/b/a ROTONDO PRECAST | ) ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. _____ |
| SLATTERY SKANSKA, INC. | ) ) | |
| and | ) ) | |
| THE LANE CONSTRUCTION CORPORATION | ) ) ) | |
| and | ) ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | ) ) ) ) | |
| and | ) ) | |
| FEDERAL INSURANCE COMPANY | ) ) | |
| and | ) ) | |
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA | ) ) ) | |
| and | ) ) | |
| UNITED STATES FIDELITY AND GURANTY COMPANY | ) ) ) | |
| and | ) ) | |
| SEABOARD SURETY COMPANY | ) ) | |
| Defendants | ) | |

## RULE 7.1 DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Defendants Slattery Skanska, Inc. ("Slattery"), The Lane Construction Corporation ("Lane"), National Union Fire Insurance Company of Pittsburgh, PA, ("National Union"), Federal Insurance Company ("Federal"), Travelers Casualty & Surety Company of America ("Travelers"), United States Fidelity and Guaranty Company ("USF&G"), and Seaboard Surety Company ("Seaboard"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of the above listed Defendants as noted which have any outstanding securities in the hands of the public.

(1)   Slattery is wholly owned by Slattery Associates, Inc., which is wholly owned by Skanska USA Civil, which is wholly owned by Skanska USA, Inc., which is wholly owned by Skanska Kraft, AB, which is wholly owned by Skanska, AB. Skanska, AB is the only publicly held company in this corporate line.

(2)   Lane is wholly owned by Lane Industries, Inc. Neither entity is publicly traded.

(3)   National Union is wholly owned by American International Group, Inc. ("AIG"). AIG is the only publicly traded company in this corporate line.

(4)   Federal is more than ten percent owned by the Chubb Corporation, which is a publicly traded company.

(5)   Travelers is wholly owned by Travelers Casualty and Surety Company, which is wholly owned by Travelers Insurance Group Holdings Inc., which is wholly owned by

Travelers Property Casualty Corp., which is wholly owned by The St. Paul Travelers Companies, Inc. The St. Paul Travelers Companies, Inc. is the only publicly held company in this corporate line.

(6)     Seaboard is wholly owned by St. Paul Fire and Marine Insurance Company, which is owned wholly by The St. Paul Travelers Companies, Inc. The St. Paul Travelers Companies, Inc. is the only publicly held company this corporate line.

(7)     USF&G is wholly owned by St. Paul Fire and Marine Insurance Company, which is owned wholly by The St. Paul Travelers Companies, Inc. The St. Paul Travelers Companies, Inc. is the only publicly held company in this corporate line.

These representations are made in order that the judges of this Court may determine the need for recusal.

DATED this 5th day of August, 2005

Respectfully submitted,

_____
Val S. McWhorter (D.C. Bar No. 91231)
Edmund M. Amorosi (D.C. Bar No. 482765)
W. Stephen Dale
SMITH, PACHTER, MCWHORTER & ALLEN, P.L.C.
8000 Towers Crescent Drive, Suite 900
Vienna, VA 22182
Telephone: (703) 847-6300
Facsimile: (703) 847-6312

*Counsel for Defendants Slattery Skanska, Inc., The Lane Construction Corporation, National Union Fire Insurance Company of Pittsburgh, PA, Federal Insurance Company, Travelers Casualty & Surety Company of America , United States Fidelity and Guaranty Company, and Seaboard Surety Company*

- 4 -

## CERTIFICATE OF SERVICE

This is to certify that on Friday, August 5, 2005, the foregoing **Defendants' Joint Notice and Grounds of Removal Pursuant to 28 U.S.C. §§ 1441** was served by depositing a copy thereof in the U.S. mails, first class postage prepaid, to the following:

>James D. Fullerton
>Fullerton & Knowles
>12644 Chapel Road, Suite 206
>Clifton, Virginia 20124

_____
Edmund M. Amorosi