IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLDCASTLE PRECAST, INC., <br> d/b/a ROTONDO PRECAST <br> 5115 Massaponax Church Road <br> Fredericksburg, VA 22407 <br> <br> Plaintiff, <br> <br> v. <br> <br> SLATTERY SKANSKA, INC. <br> 16-16 Whitestone Expressway <br> Whitestone, New York 11357 <br> <br> THE LANE CONSTRUCTION <br> CORPORATION <br> 965 East Main Street <br> Meriden, Connecticut 06450 <br> <br> NATIONAL UNION FIRE INSURANCE <br> COMPANY OF PITTSBURGH <br> 80 Pine Street, 10th Floor <br> New York, New York 10005 <br> <br> FEDERAL INSURANCE COMPANY <br> 15 Mountain View Road <br> P.O. Box 1615 <br> Warren, New Jersey 07061-1615 <br> <br> TRAVELERS CASUALTY & <br> SURETY COMPANY OF AMERICA <br> One Tower Square, 4PB <br> Hartford, Connecticut 06183 <br> <br> UNITED STATES FIDELITY <br> AND GUARANTY COMPANY <br> One Tower Square, 4PB <br> Hartford, Connecticut 06183 <br> <br> SEABOARD SURETY COMPANY <br> One Tower Square, 4PB <br> Hartford, Connecticut 06183 <br> <br> Defendants. | Case No. 05-CV-01581 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties to this action, Oldcastle Precast, Inc., Slattery Skanska, Inc., Lane Construction Corporation, National Union Fire Insurance Company of Pittsburgh, Federal Insurance Company, Travelers Casualty & Surety Company of America, United States Fidelity and Guaranty Company, and Seaboard Surety Company, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that the above-captioned matter, including any and all claims asserted by Complaint, Counterclaim, or Cross-claim, shall be and hereby are DISMISSED WITH PREJUDICE pursuant to the Settlement Agreement and Mutual Release agreed to by the parties. (Attachment 1 hereto).

The parties stipulate that this Court will retain jurisdiction to enforce the Settlement Agreement and Mutual Release. The parties agree that the Stipulation may be signed in counterparts. Each party shall bear its own costs and expenses in this matter.

DATED: January 5, 2006

Respectfully submitted,

*Plaintiff Oldcastle Precast, Inc., d/b/a Rotondo Precast*

_____
Kavita S. Knowles, Esq., Bar No. MD15148
Fullerton & Knowles, P.C.
12644 Chapel Road, Suite 206
Clifton, Virginia 20124
Telephone: 703-818-2600
Facsimile: 703-818-2602
E-Mail To Be Noticed: kknowles@fullertonlaw.com
*Attorney for Plaintiff*

*Defendants Slattery Skanska, Inc., Lane Construction Corporation, National Union Fire Insurance Company of Pittsburgh, Federal Insurance Company, Travelers Casualty and Surety Company of America, United States Fidelity and Guaranty Company, Seaboard Surety Company*

/s/ Edmund M. Amorosi
_____
Val S. McWhorter (D.C. Bar No. 91231)
W. Stephen Dale
Edmund M. Amorosi (D.C. Bar No. 482765)
SMITH PACHTER MCWHORTER & ALLEN, P.L.C.
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182-2700
Telephone: 703-847-6300
Facsimile: 703-847-6312
E-Mail To Be Noticed: eamorosi@smithpachter.com
*Attorneys for Defendants*